**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 31, 2026**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAHIL ABBAS PUNJWANI | § | CASE NO. 25-11390-smr |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER TERMINATING AUTOMATIC STAY**

Came on for consideration the Motion to Terminate Automatic Stay of Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander") and Debtors, the trustee, or any other party in interest not having filed a response, is of the opinion that the automatic stay should be terminated; it is therefore

ORDERED that the automatic stay is terminated on that one certain 2021 Mercedes-Benz E-Class VIN: W1KZF8DB1MA926039 to allow Santander to proceed to exercise its remedies under state law.

ORDERED that notwithstanding FRBP Rule 4001(1)(4) the stay shall lift immediately upon entry of this Order.

###end of order###

HALEY & OLSON, P.C.
Blake Rasner
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Fax: (254) 776-6823
Bar Card No. 16555700
Email: brasner@haleyolson.com