# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−11390−smr
Chapter No.: 7
Judge: Shad M Robinson

IN RE: **Rahil Abbas Punjwani** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**10/8/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*
*903 SAN JACINTO, SUITE 322*
*AUSTIN, TX 78701*

*MAIL COPY OF PROOF OF CLAIM TO:*

*Ron Satija*
*PO Box 660208*
*Austin, TX 78766*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

***** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 6/30/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re: Case No. 25-11390-smr

Rahil Abbas Punjwani Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: admin Page 1 of 3

Date Rcvd: Jun 30, 2026 Form ID: 148 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rahil Abbas Punjwani, 2202 Bakers Way, Cedar Park, TX 78613-1745 |
| 19007368 | #+ | Axle Funding, 15301 N. Dallas Parkway, Ste. 800, Addison, TX 75001-6713 |
| 19007372 | + | CTRMA Processing, PO Box Box 142877, Austin, TX 78714-2877 |
| 19007374 | + | Fidel Punjwani, 2202 Bakers Way, Cedar Park, TX 78613-1745 |
| 19007375 | + | Harris County Toll Road Authority, Dept. 8, PO Box 4440, Houston, TX 77210-4440 |
| 19007378 | + | Kazim Mughal, 16305 Parkview Dr., Austin, TX 78728-1138 |
| 19007381 | + | NIZARI PROGRESSIVE FCU, 14090 SOUTHWEST FWY STE, SUGAR LAND, TX 77478-3677 |
| 19007382 | | Osborn Jacobs & Hartung, PLC, 947 - 73rd St., Ste. 20, West Des Moines, IA 50265 |
| 19007383 | + | Roto-Rooter Services Co-192, 1000 S West Dr., Ste, 18, Leander, TX 78641-1979 |
| 19007385 | + | Shakila Punjwani, 2202 Bakers Way, Cedar Park, TX 78613-1745 |
| 19007395 | + | Watch N Plus Inc., dba RFR Autos, 2202 Bakers Way, Cedar Park, TX 78613-1745 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 30 2026 23:04:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 19007367 | | Email/Text: bankruptcy@autofinance.com | Jun 30 2026 23:03:00 | AFC Corporate Franchise, 11299 Illinois St., Carmel, IN 46032 |
| 19007369 | + | EDI: BANKAMER | Jul 01 2026 03:02:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 19007370 | | Email/Text: billingquestions@bswhealth.org | Jun 30 2026 23:04:38 | Baylor Scott & White, Dept. 123477, PO Box 1259, Oaks, PA 19456 |
| 19007371 | + | EDI: CITICORP | Jul 01 2026 03:02:00 | BEST BUY/CBNA, 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007-1032 |
| 19007373 | + | EDI: DISCOVER | Jul 01 2026 03:02:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 19007376 | + | EDI: IRS.COM | Jul 01 2026 03:02:00 | Internal Revenue Service, Special Procedures, Centralized Insolvency Office, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19007377 | + | EDI: JPMORGANCHASE | Jul 01 2026 03:02:00 | JPMCB CARD SERVICES, PO Box BOX 15369, Wilmington, DE 19850-5369 |
| 19007379 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2026 23:03:00 | NATIONSTAR/MR COOPER, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 19007380 | + | Email/Text: bankruptcy@discoverdsc.com | Jun 30 2026 23:03:00 | NextGear Capital, 11799 N College Ave, Carmel, IN 46032-5605 |

| | | | | |
|---|---|---|---|---|
| 19007384 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2026 23:04:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 19007386 | + | EDI: SYNC | Jul 01 2026 03:02:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 19007387 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2026 23:04:00 | TOYOTA FINANCIAL SER, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 19007389 | | Email/Text: legal_collections@vistracorp.com | Jun 30 2026 23:04:00 | TXU ENERGY, 200 W JOHN CARPENTER FWY, IRVING, TX 75039 |
| 19007388 | ^ | MEBN | Jun 30 2026 23:01:21 | TxTag, PO Box 650749, Dallas, TX 75265-0749 |
| 19007391 | + | Email/Text: lrsc.legal@sba.gov | Jun 30 2026 23:04:00 | U.S. Small Business Administration, Little Rock Commercial Loan Servicing Ce, 2120 Riverfront Drive Suite 100, Little Rock, AR 72202-1794 |
| 19007392 | + | Email/Text: bankruptcynotices@sba.gov | Jun 30 2026 23:04:00 | U.S. Small Business Administration, SBA Disaster Loan Service Center, 1545 Hawkins Blvd., Ste. 202, El Paso, TX 79925-2654 |
| 19007390 | | EDI: USBANKARS.COM | Jul 01 2026 03:02:00 | U.S. BANK, 4325 17TH AVE S, FARGO, ND 58125 |
| 19007393 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jun 30 2026 23:03:00 | United States Attorney, Civil Process Clerk, 601 N.W. Loop 410 600, San Antonio, TX 78216-5512 |
| 19007394 | ^ | MEBN | Jun 30 2026 23:01:04 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| 19008068 | + | Email/Text: julie.parsons@mvbalaw.com | Jun 30 2026 23:04:00 | Williamson County, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Blake Rasner | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA, Inc. brasner@haleyolson.com, tiffany.herbelin@haleyolson.com |
| Frederick E. Walker | |

| | |
|---|---|
| | on behalf of Debtor Rahil Abbas Punjwani fredwalkerlaw@yahoo.com ecfcourtmail@yahoo.com;AustinBankruptcyAttorneyPLLC@jubileebk.net |
| Julie A. Parsons | on behalf of Creditor Williamson County jparsons@mvbalaw.com amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Ron Satija | rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 5