**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-11597** |
| **DARREL SCOTT PHARES** | |
| **DEBTOR** | **CHAPTER 7** |

**NOTICE OF CHANGE IN COUNSEL (SAME FIRM) AND REQUEST FOR UPDATES IN NOTICING**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW The County of Williamson, Texas, *ad valorem* tax creditor in the above-referenced case, represented by McCreary, Veselka, Bragg & Allen, P.C. (MVBA), and gives Notice of Change in Counsel from Julie Anne Parsons to:

Jessica L. Cousineau
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
jessica.cousineau@mvbalaw.com

The undersigned hereby requests service of notices and other documents now be made upon this attorney of record and that service on Julie Anne Parsons be terminated as to each case itemized in Exhibit A attached hereto.

Dated: August 21, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Williamson, Texas

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Phone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date this Notice is filed, I caused a true and correct copy of the foregoing to be electronically served on all parties having requested and consented to electronic service herein, including Debtor's counsel, any appointed or Standing Trustee, and the United States Trustee, via the Court's CM/ECF Electronic Notification.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau

| Case Number | Chapter | Debtor(s) | Claimants |
|---|---|---|---|
| 26-11597 | 7 | Darrel Scott Phares | Williamson County |
| 26-11596 | 7 | Danita Smith Horn | Williamson County |
| 26-11591 | 7 | Debra Gene Godina | Hays County |
| 26-11578 | 7 | Kristin Gail Gillet | Williamson County |
| 26-11576 | 7 | Velma Jane Mitchell | Williamson County |
| 26-11575 | 7 | Tracy James Allen | Limestone County Tax Units |
| 26-11568 | 7 | Michael David Banning, Yvonne Flores Banning | Hays County |
| 26-11559 | 7 | Justin Earl Lucas | Bastrop County |
| 26-11554 | 7 | Kenneth Michael Bannister Galeano | Hays County |
| 26-11558 | 13 | Stephanie Alena Wick, Shannon Denise Cardona | Hays County |
| 26-11547 | 7 | Alan Wayne Cates, Helen Ruth Cates | Williamson County |
| 26-11548 | 7 | Brandy Dutton Cox | Williamson County |
| 26-11532 | 13 | Donna Jones Shaheen | Williamson County |
| 26-11534 | 7 | Scott Roger | Williamson County |
| 26-11538 | 7 | Brian Keith Sawyers | Lampasas CAD |
| 26-11533 | 13 | Judson Dearl Stark | Williamson County |
| 26-11536 | 11 | Pivot Rock 02 LLC | Hays County |
| 26-11520 | 7 | Jocelyn Marie Larroque | Hays County |
| 26-11524 | 7 | Bertha Shondra Roberts | Williamson County |
| 26-11528 | 13 | Patricia Ann Anderson | Williamson County |
| 26-11525 | 13 | Alfredo Banda Garza | Hays County |
| 26-11474 | 7 | Shirley M. Morris | Bastrop County |
| 26-11486 | 13 | JC Williams, Jr | Williamson County |
| 26-11484 | 13 | Eileen Sarai Lechuga-Soto | Bastrop County |
| 26-11492 | 13 | Jason Lynn Leverett, Melody Leigh Leverett | Williamson County |
| 26-11494 | 7 | Jose Guadalupe Ponce Zuniga | Hays County |
| 26-11496 | 7 | Justin Michael Crawford | Bastrop County |
| 26-11475 | 13 | Chloe Glasscock Williams | Hays County |
| 26-11510 | 13 | Timothy Adam Dominguez, Sr | Williamson County |
| 26-11489 | 7 | Horacio Ramos, Genobeba Ramos | Williamson County |
| 26-11493 | 13 | Melisa Ruiz | Williamson County |
| 26-11495 | 13 | Roberto Zuniga Rios, Martha Lucero Almendarez-Zuniga | Bastrop County |
| 26-11505 | 13 | Viktoria Patrae Rask | Hays County |

| | | | |
|---|---|---|---|
| 26-11500 | 7 | Benjamin Jacob Capel | Bell Co Tax Appr Dist |
| 26-11499 | 13 | Pratik Vishwas Bhosekar, Sripriya Rajasekhar Rao | Coryell County and Williamson County |
| 26-11453 | 7 | Crystal Ann Kohanek | Bastrop County |
| 26-11456 | 13 | Alyssa Naomi Hart | Williamson County |
| 26-11459 | 7 | Yaima Martinez Garcia | Bastrop County |
| 26-11462 | 7 | Thuy Thanh Nguyen | Williamson County |
| 26-11428 | 7 | Joe Rivera, Peggy Lee Pilgrim-Rivera | Hays County |
| 26-11431 | 7 | Jaden Tyler Townsend, Katherine Leann Townsend | McCulloch CAD |
| 26-11440 | 7 | Alejandro Cortes Perez | Williamson County |
| 26-11435 | 7 | Stuart Alexander Billieu, Caitlin Breanne Billieu | Williamson County |
| 26-11443 | 7 | Felicia Ann Collins | Williamson County |
| 26-11416 | 13 | Christopher Duane Moore | Williamson County |
| 26-11414 | 7 | Omid Forootan Esfahani, Raheleh Asadi | Williamson County |
| 26-11422 | 13 | Tyshona Renee Swain | Williamson County |
| 26-11411 | 7 | Edward Jacob Schultz, Sarah Elizabeth Schultz | Williamson County |
| 26-11413 | 7 | Denise Danelle Bonilla | Williamson County |
| 26-11421 | 7 | Linda Kay Auldridge | Williamson County |
| 26-11427 | 7 | George Elliott, Se, Anabel Elliott | Williamson County |
| 26-11400 | 7 | Ricardo Richard Venegas | Hays County |
| 26-11383 | 7 | Lora Elaine Burris | Bastrop County |
| 26-11380 | 7 | Ruben Flores | Hays County |
| 26-11369 | 7 | Megan Sarah Spiller | Hays County |
| 26-11371 | 7 | Herbert Andrew Deazvedo | Williamson County |
| 26-11379 | 7 | Michelle L. Reeve | Hays County |
| 26-11372 | 7 | Mirnalys Smith-Nieves, Harvey C. Smith, Jr | Williamson County |
| 26-11376 | 7 | Engels Angel Estepan | Hays County |
| 26-11370 | 13 | Susan Lynn Bienz | Bastrop County and Bastrop Co WCID#2 |
| 26-11367 | 7 | Sarabet Garcia | Williamson County |
| 26-11361 | 7 | Sandra Lea Munselle | Williamson County |
| 26-11362 | 7 | Thomas Carroll Hamilton, Patricia Jackson Gilbert | Hays County |
| 26-11360 | 7 | Ivann Demiguel Avalos | Williamson County |
| 26-11353 | 7 | Krista Marie Pettengill | Williamson County |
| 26-11354 | 13 | Angela Kay Hudson | Hays County |
| 26-11352 | 7 | Anthony Martin Holmes | Hays County |

| | | | |
|---|---|---|---|
| 26-11350 | 7 | Ridge Michael Wilson | Bastrop County |
| 26-11346 | 7 | Jennifer Rose Leavitt | Williamson County |
| 26-11342 | 7 | Samantha Rene Huls, Kyle Marion Huls | Hays County |
| 26-11338 | 7 | Sandy Kay Pennington, Daniel L. Petty | Williamson County |
| 26-11340 | 7 | Janet Fotini Margos | Williamson County |
| 26-11336 | 7 | Algulfredy Aviles Vences, Clarissa Marquez Aviles | Williamson County |
| 26-11337 | 7 | Adrian Lee Maguire | Williamson County |
| 26-11335 | 7 | Amanda Lynn Arguijo | Lampasas CAD |
| 26-11324 | 7 | Sarah Elizabeth Kerver | Williamson County |
| 26-11330 | 7 | Theodore Joseph Lucas Carino, Michelle Corrine Misa Carino | Williamson County |
| 26-11315 | 7 | Andrew Raymond Martin, Hannah Elizabeth Martin | Burnet Central Appr Dist |
| 26-11320 | 7 | Charles Ray Slaton , Jr | Williamson County |
| 26-11321 | 7 | Amy Shape Kevin Shape | Williamson County |
| 26-11306 | 7 | Corey Roger Murphy | Williamson County |
| 26-11301 | 13 | Ray Allen Schwartz, Jr | Burnet Central Appr Dist |
| 26-11298 | 13 | Sandra Kelly Taylor | Williamson County |
| 26-11299 | 13 | Rodney Albert Williams | Williamson County |
| 26-11303 | 13 | Timothy Tyler Coleman | Burnet Central Appr Dist |
| 26-11284 | 7 | Richard Lynn Flood | Burnet Central Appr Dist |
| 26-11297 | 13 | Angelica M Cabrera | Hays County |
| 26-11286 | 13 | Monica Powell Irvin | Williamson County |
| 26-11232 | 13 | Jonathan Field Mikel, Shanna Michele Mikel | Williamson County |
| 26-11246 | 7 | Christopher Paul Torrez, Yvette Canava Torrez | Hays County |
| 26-11256 | 13 | Sajan Goel Nagati | Williamson County |
| 26-11258 | 13 | Enemencio Martinez, Jessica Lynn Martinez | Bastrop County |
| 26-11245 | 7 | James Edmund Mcdowell | Hays County |
| 26-11237 | 13 | Mark Anthony Moreno, Stephanie M Moreno | Hays County |
| 26-11265 | 7 | Paul Brooks Rahier, Melanie Lynn Rahier | Williamson County |
| 26-11223 | 7 | Robert L. Sonnier, Amber M. Sonnier | Burnet Central Appr Dist |
| 26-11216 | 7 | Hays Fiesta LLC | Hays County |
| 26-11220 | 7 | Elena F Novak | Hays County |
| 26-11224 | 7 | Melody Lynn Williamson | Williamson County |
| 26-11227 | 7 | John Bryant, Stacie Bryant | Williamson County |
| 26-11205 | 7 | Steven Leslie Pepper | Williamson County |

| | | | |
|---|---|---|---|
| 26-11203 | 7 | Allison Suzanne Overton | Williamson County |
| 26-11198 | 13 | Kyle Dewayne Revelle | Burnet Central Appr Dist |
| 26-11200 | 7 | James Michael Crockett | Williamson County |
| 26-11188 | 7 | Jordan MacKenzie Sessions | Williamson County |
| 26-11184 | 7 | Chester Latoja Lechadores | Williamson County |
| 26-11178 | 7 | Pablo Punaro Thomas, Joy Anderson Punaro | Williamson County |
| 26-11173 | 7 | Samuel Douglas Brister, Georgia Kay Brister | Lampasas CAD |
| 26-11166 | 7 | Eduardo Bone Moron, Helena Maria Sadlak | Williamson County |
| 26-11167 | 13 | Mackenzie Jean Kriel | Bastrop County |
| 26-11159 | 7 | Christie Ann Templeton | Hays County |
| 26-11163 | 7 | Ramon Solis Jr, Charity Joy Solis | Hays County |
| 26-11155 | 7 | Marco Afshar | Hays County |
| 26-11146 | 7 | Jeremy Chad VanDelinder | Williamson County |
| 26-11135 | 7 | Jayson Michael White, Veronica Faye White | Burnet Central Appr Dist |
| 26-11130 | 7 | Zalanda Tamika Lee, Lanforth Jerome Lee, Sr | Williamson County |
| 26-11131 | 7 | Sasima Hubbard | Hays County |
| 26-11127 | 7 | Daniel James Christine, April Marie Christine April | Williamson County |
| 26-11126 | 7 | Nicholas Brandon Steward, Whendy Delgado Martinez | Williamson County |
| 26-11118 | 13 | Evelyn Vanessa Simon | Hays County |
| 26-11124 | 7 | Michael Dewayne Edwards, Elda Garcia Edwards | Williamson County |
| 26-11123 | 7 | Megan Kelly Delano | Hays County |
| 26-11115 | 7 | Travis Allen Skoglund, Stephanie Caroline Skoglund | Coryell County and Lampasas CAD |
| 26-11112 | 7 | Amanda Lynn Knowles | Hays County |
| 26-11100 | 7 | Rachel Serrano | Williamson County |
| 26-11103 | 11 | T7 Enterprises LLC d/b/a Reliable Tire Disposal | Burnet Central Appr Dist |
| 26-11089 | 7 | Andrea Rochelle Sterling | Williamson County |
| 26-11088 | 7 | Patrick Aaron Butin, Lisette Carolyn Butin | Williamson County |
| 26-11078 | 13 | Timothy Keith Richardson | Williamson County |
| 26-11084 | 11 | TFH Fitness, LLC | Bell Co Tax Appr Dist |
| 26-11077 | 7 | Todd William Kinghorn | Williamson County |
| 26-11068 | 13 | Isaac James Pursley | Williamson County |
| 26-11070 | 7 | Nicole Andrea Marsh | Williamson County |
| 26-11071 | 11 | DoubleCheck Solutions, Inc | Hays County |
| 26-11062 | 13 | Alisa C. Arias-Garz | Williamson County |

| | | | |
|---|---|---|---|
| 26-11041 | 7 | Lane Edward Garrison | Williamson County |
| 26-11035 | 13 | Christopher Ryan Zdobinski | Williamson County |
| 26-11037 | 13 | Chris Elliot Warren | Comal County |
| 26-11045 | 13 | Sean Edward Reuschel | Williamson County |
| 26-11040 | 7 | Gordon Asiedu-Biney | Williamson County |
| 26-11044 | 7 | Jennifer Lucille Irvin, Robert Kenneth Irvin, III | Hays County |
| 26-11047 | 13 | Martha B. Harris | Bastrop County |
| 26-11048 | 13 | Steven Amable | Bastrop County |
| 26-11046 | 13 | Diana Lillard Solis | Hays County |
| 26-11052 | 11 | Plutus Properties LLC | Hays County |
| 26-11030 | 7 | Rebecca Woods | Williamson County |
| 26-11029 | 7 | Daniela Petra Richardson | Williamson County |
| 26-11020 | 7 | Terry Ann Monfrey | Burnet Central Appr Dist |
| 26-11024 | 7 | Dane Francis Basham | Williamson County |
| 26-11026 | 7 | Sean Matthew Ryan | Hays County |
| 26-10992 | 7 | David Matthew Bernard, Avery Nichole Bernard | McCulloch CAD |
| 26-10996 | 13 | Cynthia Brisbane Stewart | Williamson County |
| 26-10999 | 13 | Brian Patrick Roland | Williamson County |
| 26-11002 | 7 | Taryn Kaye Schiedeck | Bastrop County |
| 26-11011 | 13 | Anthony Francis Labelle, Celeste Diane Labelle | Williamson County |
| 26-11012 | 7 | William Ray Speck, Mary Theresa Speck | Williamson County |
| 26-11016 | 7 | Jennifer Kathryn Cantlon | Williamson County |
| 26-11015 | 7 | Aaron Lee Niles | Hays County |
| 26-11013 | 7 | Michael Robert Cummings | Williamson County |
| 26-11018 | 7 | Knives Monroe, Clarrissia Monroe | Williamson County |
| 26-11010 | 13 | Erika Mychelle Aleman | Williamson County |
| 26-10990 | 13 | Sheila Danise Doyle | Williamson County |
| 26-10983 | 7 | Arthur Farrell Portnoff | Williamson County |
| 26-10988 | 7 | Gordon Wade Calhoun | Bastrop County |
| 26-10986 | 7 | Michael John Litschewski, Mary Helen Litschewski | Burnet Central Appr Dist |
| 26-10989 | 7 | Nathan James Cooper, Amy Marie Cooper | Hays County |
| 26-10971 | 7 | James David Ricketts , Jr Debbie Jo Ricketts | Hays County |
| 26-10981 | 7 | Nicole Lynn Eveleigh | Hays County |
| 26-10982 | 7 | Christopher James Garza, Natasha Michelle Garza | Hays County |

| | | | |
|---|---|---|---|
| 26-10973 | 7 | Jamie Dawn Johnson | Hays County |
| 26-10972 | 13 | Nathaniel Eugene Davies, Delana Estine Davies | Bastrop County |
| 26-10966 | 13 | Jason Ronald Lawson, Hannah Grace Lawson | Bastrop County |
| 26-10967 | 7 | James Clifford Leake | Hays County |
| 26-10960 | 7 | Rudy Gomez | Hays County |
| 26-10959 | 13 | Kenneth Ray Freasier | Burnet Central Appr Dist |
| 26-10958 | 7 | Jose Saldivar | Hays County |
| 26-10946 | 7 | Luis E. Berrios | Williamson County |
| 26-10939 | 7 | Norine May Ghilotti | Williamson County |
| 26-10940 | 7 | Garrett Donell Brice, Jr | Williamson County |
| 26-10930 | 7 | Sefa Kara, Julia Hulya Kara | Williamson County |
| 26-10936 | 7 | Gay Lynn Cuming | Williamson County |
| 26-10937 | 7 | Stacy Elizabeth Ham | Williamson County |
| 26-10935 | 7 | Jose C Duran, Anita Duran | Hays County |
| 26-10929 | 13 | Douglas Wilmer Cruts, Valerie Marie Cruts | Bastrop County |
| 26-10924 | 13 | Brian Lee Larson, Kimberlin Anne Larson | Williamson County |
| 26-10917 | 7 | Jesus Hernandez | Williamson County |
| 26-10899 | 7 | Glenn Robin Gutschke | Bastrop County |
| 26-10902 | 7 | Jody Marie Garcia | Williamson County |
| 26-10904 | 7 | Sarah Ann Craycraft | Hays County |
| 26-10910 | 7 | Jasmin Gaspar Rodriguez | Hays County |
| 26-10911 | 7 | James Earl Fraser, IV, Maybellene Adap Fraser | Williamson County |
| 26-10901 | 7 | John Foulger Aultman, Sr, Rebecca Epley Aultman | Hays County |
| 26-10912 | 7 | Jason Ryan Hefner | Williamson County |
| 26-10896 | 7 | Steven Patrick O'Neal, Mary Sue O'Neal | Williamson County |
| 26-10894 | 7 | Karla Joleen Turner | Williamson County |
| 26-10889 | 13 | Melanie Lynn Worix | Hays County |
| 26-10893 | 7 | Lisa Michele Williams | Bastrop County |
| 26-10881 | 13 | Jasper Evans, Jennifer Claudia Evans | Hays County |
| 26-10885 | 7 | Cherie D King | Hays County |
| 26-10886 | 7 | Alexandria Grace Collison | Hays County |
| 26-10877 | 7 | Sandra Michele Kocik | Williamson County |
| 26-10875 | 7 | Meranda Stanley | Williamson County |
| 26-10873 | 7 | Shelley Mitchum | Williamson County |

| | | | |
|---|---|---|---|
| 26-10871 | 7 | Douglas Raley Christensen, Karen Lynn Christensen | Williamson County |
| 26-10867 | 7 | Joel Benjamin Stellner | Williamson County |
| 26-10865 | 7 | Christopher Leon Soto, Janeen Ann Soto | Williamson County |
| 26-10869 | 7 | Alejandro Ivan Carlo Pena, Nicole Iveleese Marrero Ruiz | Williamson County |
| 26-10862 | 7 | Lesby Patricia Tabora | Hays County |
| 26-10858 | 7 | Rhianon Peterson Cote | Williamson County |
| 26-10861 | 7 | Roderick Aldon Edwards, Zanetria Nicole Sims-Edwards | Hays County |
| 26-10850 | 13 | Jesus Fernandez | Williamson County |
| 26-10846 | 7 | Sisto Lozano, Jr | Hays County |
| 26-10848 | 7 | Cynthia Luria | Williamson County |
| 26-10842 | 7 | Felicia Morene Marable | Williamson County |
| 26-10844 | 13 | Pamela Jo Wirth | Williamson County |
| 26-10843 | 13 | Nathaniel Haynes , Jr, Rhonda Ellison Haynes | Williamson County |
| 26-10836 | 7 | Michael W Lee | Williamson County |
| 26-10830 | 7 | Belia Stephanie Heywood | Williamson County |
| 26-10832 | 7 | Roy Freelove Turner, Jr, Dianne Johnson Turner | Williamson County |
| 26-10833 | 7 | Malcolm Warren Booher, Elayna Lynn Wichert | Anderson County |
| 26-10816 | 7 | Emmi Hedwig Chen | Williamson County |
| 26-10813 | 7 | Yrasema Galloway | Williamson County |
| 26-10805 | 13 | Joshua Dean Hodges, Katrina Ann Hodges | Williamson County |
| 26-10808 | 12 | Manuel Alejandro Estrada Quiles | Williamson County |
| 26-10802 | 7 | Tyler Lynn Jones, Kaitlin Helena Jones | Burnet Central Appr Dist and Williamson County |
| 26-10784 | 13 | Eliseo Morales | Williamson County |
| 26-10763 | 13 | Mejion Tonchae Myles | Williamson County |
| 26-10786 | 13 | Carlos Francisco Salazar, Alicia Almendarez Salazar | Bastrop County |
| 26-10741 | 7 | Larry Joe Norris, Debra Brown Norris | Hays County |
| 26-10729 | 7 | Oscar Octavio Eslava | Williamson County |
| 26-10734 | 13 | Rachel Perri Selph | Williamson County |
| 26-10724 | 13 | Robert Edward Gilbert, Kimberly Ann Gilbert | Williamson County |
| 26-10704 | 7 | Jeffrey Michael Miller, Kimberly Phan Miller | Hays County |
| 26-10710 | 7 | Michael Charles O'Connor | Williamson County |
| 26-10700 | 7 | Geoffery Kristofer Thompson, Airea Denise Thompson | Williamson County |
| 26-10675 | 7 | Anthony Joseph Reyes | Williamson County |
| 26-10670 | 13 | Carlos Luis Tosado-Romero | Williamson County |

| | | | |
|---|---|---|---|
| 26-10653 | 7 | Melissa Ruth Reece, Garland Dale Reece, II | Williamson County |
| 26-10633 | 13 | Patricia Yvonne Haas | Burnet Central Appr Dist |
| 26-10614 | 7 | Nirupamhass Tirukkovalluri | Burnet Central Appr Dist and Williamson County |
| 26-10618 | 11 | Discover Chiropractic and Wellness PLLC | Williamson County |
| 26-10611 | 7 | Thomas Ralph Scheidt | Waco, City et al and Williamson County |
| 26-10600 | 7 | Jacob Robert Sedwick, Teresa Rodriguez Sedwick | Williamson County |
| 26-10594 | 13 | Cullan Ross Tidwell | Hays County |
| 26-10587 | 13 | Jennifer Peter | Williamson County |
| 26-10589 | 13 | Felisha Renee Stewart | Williamson County |
| 26-10584 | 13 | Dana Gay Michalik | Bastrop County and Bastrop Co WCID#2 |
| 26-10576 | 13 | Martin Jose Montoya | Hays County |
| 26-10574 | 7 | 3RD LEVEL BREWING, LLC | Williamson County |
| 26-10567 | 7 | Thomas Killmer Norris, Tracy Michele Norris | Williamson County |
| 26-10568 | 7 | Devin Ray Colburn, Marcel Alejandra Colburn | Williamson County |
| 26-10559 | 13 | Shane Elliot Ramey, Sherry Ann Ramey | Burnet Central Appr Dist |
| 26-10524 | 11 | Michelle Anne Company | Hays County |
| 26-10512 | 7 | Jaime Lopez, Diana Ann Lopez | Williamson County |
| 26-10509 | 13 | Krystal Thomson, Joseph Thomson | Hays County |
| 26-10508 | 7 | Allan F. Peretz | Williamson County |
| 26-10493 | 13 | Laura L Moya | Williamson County |
| 26-10484 | 13 | Timothy Bernard Taylor, Anna Lee Taylor | Williamson County |
| 26-10473 | 13 | Ashish Sabharwal, Reetu Sabharwal | Williamson County |
| 26-10460 | 11 | Joshua Massingill, Attorney at Law, PLLC | Williamson County |
| 26-10440 | 7 | Matthew Thomas Zarder | Mason CAD |
| 26-10430 | 7 | Ricardo Downing Ariel , Jr, Gyxa Dhamirse Zelaya Downing | Williamson County |
| 26-10392 | 11 | Serna's Trucking, LLC, joint with 25-11317 Claudia Elena Serna | Hays County |
| 26-10372 | 11 | Iron Mountain Holdings, LLC | Hays County |
| 26-10387 | 13 | Darrius Tryvon Anderson | Williamson County |
| 26-10371 | 13 | Esther Q Perez | Williamson County |
| 26-10343 | 13 | Joseph Jesus Rodriguez, Annalysse Marie Rodriguez Arellano | Williamson County |
| 26-10335 | 13 | Alvaro Lozano Murillo, Sr | Bastrop County and Hays County |
| 26-10268 | 7 | Christopher Daniel Hardin | Hays County |
| 26-10257 | 13 | Lisa Renee Fennell | Williamson County |
| 26-10249 | 13 | Alfonso Enrique Martinez Jr, Rendi Carter Martinez | Bastrop County and Bastrop Co WCID#2 |

| | | | |
|---|---|---|---|
| 26-10201 | 13 | Darby Jason Tamez | Williamson County |
| 26-10190 | 13 | Shannon Detric Owens | Williamson County |
| 26-10197 | 7 | Star Infra, LLC | Williamson County |
| 26-10193 | 7 | NFN8 Group, Inc | Williamson County |
| 26-10169 | 7 | Lisa Sanchez | Hays County |
| 26-10145 | 13 | Anntoinette Felicia Woods | Williamson County |
| 26-10149 | 13 | Stacy Brian Weis | Williamson County |
| 26-10153 | 7 | Michael Joseph Kaspar | Bell Co Tax Appr Dist and Williamson County |
| 26-10118 | 7 | Matthew Aaron Sterman | Bastrop County |
| 26-10110 | 11 | Alexander Cade Enterprises, Inc | Hays County |
| 26-10102 | 13 | Getulio Fernandes Teixeira, Ivania Assuncao Teixeira | Williamson County |
| 26-10001 | 11 | Fred Hamilton Contracting Inc | Williamson County |
| 26-10005 | 13 | Daniel William Gill, Dixie Lee Gill | Williamson County |
| 25-12075 | 13 | Christopher Lee Hughes, Michael Joseph Kaehler | Williamson County |
| 25-12067 | 7 | Dean Eisen, Nancy Eisen | Williamson County |
| 25-12053 | 7 | Charlton Feist | Hays County |
| 25-12062 | 7 | GEO Growers, Limited Liability Company | Hays County |
| 25-12039 | 13 | James Douglas Clary, Sharon Ann Clary | Freestone County, Williamson County and Leon County |
| 25-12025 | 7 | Donald Joseph Williams, Jr, Lillian Gail Williams | Williamson County |
| 25-12000 | 11 | Reliant Plumbing & Drain Cleaning LLC | Williamson County |
| 25-11999 | 7 | Jason Kenneth Smarr, Heather DeAnne Smarr | Burnet Central Appr Dist |
| 25-11982 | 7 | Roderick Clay Fletcher | Bastrop County |
| 25-11893 | 13 | Isaac Ray Guajardo, Jennifer Jo Anne Guajardo | Williamson County |
| 25-11889 | 7 | Northern Ireland Enterprises LLC | Williamson County |
| 25-11887 | 13 | Jason Allen Crayton | Williamson County |
| 25-11876 | 7 | Javier Rodriguez, Jessica Rodriguez | Williamson County |
| 25-11841 | 7 | Byron Deon Washington, Jennifer Susann Washington | Williamson County |
| 25-11823 | 13 | Anthony Wade Castellanos, Marie Elaine Castellanos | Williamson County |
| 25-11762 | 13 | PhuongThao Luong Tran, Chilinh Tran | Williamson County |
| 25-11715 | 13 | Matti Megan Phipps | Lampasas CAD |
| 25-11717 | 7 | Four Falls Mental Health LLC | Williamson County |
| 25-11703 | 11 | Best Cuppa Austin, Inc | Williamson County |
| 25-11682 | 13 | Sylvia Ann Bustos | Bastrop County |
| 25-11680 | 7 | Lilian O. Fatunla | Hays County |

| | | | |
|---|---|---|---|
| 25-11673 | 7 | Cletis Lyman Wilbanks, Jr | Bell Co Tax Appr Dist |
| 25-11667 | 7 | Hicham Hassan Fayad, Amy Jean Fayad | Hays County |
| 25-11612 | 7 | Tyler Kahlil Rhone | Williamson County |
| 25-11603 | 13 | Peter Allan Gonzalez, Indira Josefina Gonzalez | Williamson County |
| 25-11555 | 13 | Francisco J Llamo | Williamson County |
| 25-11472 | 13 | Paul Fillare, Nicole Lea Fillare | Williamson County |
| 25-11459 | 13 | William Cole Edwards, Leah Kay Edwards | Williamson County |
| 25-11390 | 7 | Rahil Abbas Punjwani | Williamson County |
| 25-11385 | 13 | Kelley Lynn Kite | Hays County |
| 25-11377 | 13 | Pamela Dee Reilly | Williamson County |
| 25-11371 | 11 | Claudia Elena Serna | Hays County |
| 25-11321 | 13 | Dylan Matthew Busser, Brittney Marie Busser | Hays County |
| 25-11276 | 7 | Marie Alison Trout | Williamson County |
| 25-11277 | 7 | Jolyne Marie Talley | Hays County |
| 25-11241 | 13 | Oscar Aguilar Garcia | Williamson County |
| 25-11207 | 13 | Isom Kuade Washington | Williamson County |
| 25-11211 | 13 | Mario Alberto Marin Rodriguez | Milam County and Williamson County |
| 25-11197 | 13 | Stephen Alan Kirkman | Williamson County |
| 25-11167 | 13 | Karl Harrison, Sr, Clarissa Duanna Harrison | Williamson County |
| 25-11140 | 13 | Jeanette Camacho | Williamson County |
| 25-11105 | 13 | Shane A. Whitted, Angie M. Whitted | Williamson County |
| 25-11107 | 13 | Jamila Shams Ragland | Bastrop County |
| 25-11099 | 13 | LaTray Cordel Lee, Winifred Jay Lee | Williamson County |
| 25-11089 | 13 | Jerold Murphy Terry | Hays County |
| 25-11064 | 13 | Ronald Gene Fluke | Williamson County |
| 25-11066 | 7 | The Food Company, Inc | Hays County and Williamson County |
| 25-11012 | 13 | William Bryan Simpson | Hays County |
| 25-10968 | 13 | Patrick McKeon | Bastrop County |
| 25-10927 | 11 | Agua Viva Ranch, LLC, joint with Texas Star Land Works, LLC | Burnet Central Appr Dist |
| 25-10911 | 7 | Tamala Pearley | Williamson County |
| 25-10841 | 13 | Philip Aaron Elizondo | Hays County |
| 25-10821 | 7 | Elite Pools of Austin, Ltd. | Hays County |
| 25-10801 | 13 | Jason Hank Vicario | Williamson County |
| 25-10803 | 13 | Esther Garcia Aguilar | Bastrop County |

| | | | |
|---|---|---|---|
| 25-10760 | 13 | Rocio Alejandra Earls | Hays County |
| 25-10626 | 13 | Daniel A. Urrutia, Sussy Rosario Ayala | Williamson County |
| 25-10565 | 13 | Dianna Jones | Hays County |
| 25-10560 | 13 | David Alan Wolter, Carly Lynn Wolter | Williamson County |
| 25-10545 | 11 | BLABLMBTQ, LLC | Williamson County |
| 25-10515 | 13 | Neil Harris Mitchell, Stephanie Joanne Mitchell | Williamson County |
| 25-10502 | 11 | AusTex Aggregates, LLC | Williamson County |
| 25-10479 | 7 | Brack Adam Blackwood | Hays County |
| 25-10474 | 11 | Kelley Corporation | Bastrop County |
| 25-10445 | 13 | Jose Toribio Galicia, Jr | Williamson County |
| 25-10454 | 7 | Michael Alexander Tuck | Williamson County |
| 25-10427 | 13 | Amy D. Jaeger | Hays County |
| 25-10409 | 13 | Taylor Shane Wolf | Williamson County |
| 25-10411 | 13 | Jeremy Lee Zavala, Sabrina Danielle San-Miguel | Hays County |
| 25-10395 | 11 | Cowan Fitness South Round Rock LLC & 25-10396 Cowan Fitness North Round Rock, LLC - joint admin | Williamson County |
| 25-10379 | 13 | Jamone Shanta Fields, Dawn Jenell Fields | Williamson County |
| 25-10360 | 13 | Lonnie Gooden, III | Williamson County |
| 25-10365 | 13 | Richard Ryan Andstrom | Hays County |
| 25-10353 | 7 | Kenneth Darrell Seiler | Hays County |
| 25-10335 | 7 | Joe Wesley Womack | Hays County |
| 25-10289 | 13 | Yolonda Nicole Maner | Williamson County |
| 25-10279 | 13 | Alana Michelle Maldonado | Williamson County |
| 25-10270 | 13 | Daniel Vernon Jordan, Heather Renee Jordan | Hays County |
| 25-10190 | 13 | Juaquin Gonzalez, Angela Gonzalez | Hays County |
| 25-10126 | 11 | Reavis Rehab & Wellness Center, Inc | Williamson County |
| 25-10124 | 13 | Douglas Ray Wiggins, Sandra Reid Wiggins | Bastrop County |
| 24-11529 | 13 | Janice Hicks Walsh | Williamson County |
| 24-11485 | 13 | Owen Jay Corpening, Diana Corpening | Hays County |
| 24-11478 | 13 | Elizabeth Anna Carpenter | Williamson County |
| 24-11473 | 13 | Rusty Travis Hays, Sarah Joanne Hays | Williamson County |
| 24-11414 | 13 | Joshua M. Tatum, Erica C. Tatum | Williamson County |
| 24-11334 | 13 | Victor Manuel Rocha, Magdalen Lorraine Rocha | Williamson County |
| 24-11290 | 13 | Cynthia Rice, James Allen Rice | Williamson County |
| 24-11263 | 11 | Absolute Oilfield Services, LLC | Hardin County |

| | | | |
|---|---|---|---|
| 24-11180 | 7 | JPC Land Holdings LLC | Bastrop County |
| 24-10999 | 7 | Todd Benjamin Schlomer | Hays County |
| 24-10977 | 13 | Michael Alan Fitzgerald, Enriqueta Linda Martinez | Hays County |
| 24-10947 | 13 | Nicholas Jon DeJohn, Shannon D DeJohn | Williamson County |
| 24-10929 | 13 | Michael Deshane Gigout, Katherine Denise Gigout | Bastrop County |
| 24-10921 | 13 | Trevor Steven Wolosencuk, Anna Rosenbusch Wolosencuk | Williamson County |
| 24-10874 | 13 | Mark Andrew Hutfless | Hays County |
| 24-10841 | 13 | Katherine Rose Maddox | Williamson County |
| 24-10835 | 13 | Diane Louise Clemenhagen | Bastrop County |
| 24-10791 | 13 | Samuel Lee Jones III, Karen Williams-Jones | Williamson County |
| 24-10776 | 13 | Jermaine Deshon Manning | Williamson County |
| 24-10777 | 13 | Deanna Grohman Krueger | Bastrop County |
| 24-10725 | 13 | James Michael Benton, Leah Dnay Benton | Williamson County |
| 24-10717 | 7 | 3055 Hunter RD Estate Corp. | Hays County |
| 24-10714 | 13 | Verna Latrece Franks | Williamson County |
| 24-10694 | 11 | Benjamin Hardee, Audrey Hardee | Hays County |
| 24-10693 | 11 | Massage Tools LLC | Hays County |
| 24-10678 | 7 | EnCore Permian Operating, LLC | Reeves County Tax Districts |
| 24-10652 | 11 | Southwest Mattress Sales, Inc | Bastrop County, Hays County and Williamson County |
| 24-10603 | 13 | Jose Luis Hinojosa | Williamson County |
| 24-10579 | 13 | Justin Colby Argo Maldonado, Caitlyn Nicole Maldonado | Lampasas CAD |
| 24-10527 | 7 | Joan Eileen Griffith | Real County |
| 24-10505 | 7 | Fulton Mercer Corporation | Brown CAD, Lampasas CAD and McCulloch CAD |
| 24-10492 | 7 | Joshua Carl Hill | Williamson County |
| 24-10436 | 13 | Ester Rochelle Ureste | Hays County |
| 24-10411 | 11 | TBOTG Development, Inc. | Comal County |
| 24-10404 | 11 | Integrative Medical Home Care, PLLC | Williamson County |
| 24-10338 | 13 | Dwayne Brandon Sander, Elizabeth Lee Thibeaux | Hays County |
| 24-10319 | 13 | Linda Sue Samilpa | Hays County |
| 24-10303 | 11 | Hot Crete LLC | Williamson County |
| 24-10288 | 13 | Raul Martinez Torres, Jr | Williamson County |
| 24-10289 | 13 | Gabriel Angel Garcia | Hays County |
| 24-10188 | 13 | Suzanne Fordering Fain, Charles Marshall Fain | Bastrop County |
| 24-10011 | 7 | Central Texas Medical Specialists, PLLC | Hays County and Williamson County |

| | | | |
|---|---|---|---|
| 23-11124 | 13 | Victoria Ruiz | Williamson County |
| 23-11126 | 13 | Becky Louise Quinlan Coleman | Williamson County |
| 23-11103 | 13 | Olga Elizondo | Williamson County |
| 23-11097 | 7 | Circle Brewing Company LLC | Bastrop County |
| 23-11093 | 13 | Michael Richard Earle, Eva-Marie Earle | Williamson County |
| 23-11069 | 7 | Mary Margaret Santoyo | Hays County |
| 23-11035 | 13 | Sean Kawika Lucas | Bastrop County |
| 23-11003 | 13 | Rose Ann C Smith | Williamson County |
| 23-10998 | 13 | Priscilla Denise Salinas | Hays County |
| 23-10957 | 7 | Speir Innovations, LLC | Comal County |
| 23-10927 | 13 | Steven Richard Vejil | Williamson County |
| 23-10684 | 13 | Zachary Steven Tovar, Jessica Sandra Tovar | Williamson County |
| 23-10627 | 13 | David Dacillo, Angela Vay Dacillo | Williamson County |
| 23-10582 | 13 | Susan Ann Hayes, Billy Reid Hayes | Hays County |
| 23-10508 | 7 | Donald Duncan Pedigo | Guadalupe County |
| 23-10498 | 11 | Specialty Dental Holdings, LLC | Burnet Central Appr Dist and Williamson County |
| 23-10470 | 13 | Karen Ann Propps | Williamson County |
| 23-10371 | 7 | Vidatronic, Inc. | Brazos County |
| 23-10369 | 13 | Kevin Brent Shuff | Williamson County |
| 23-10325 | 11 | Whitestone Brewery, LLC | Williamson County |
| 23-10285 | 13 | Wende Kay Hammond | Lampasas CAD |
| 23-10262 | 13 | Frank Joseph Winowsky | Williamson County |
| 23-10248 | 13 | Ashley Lynn Lee | Williamson County |
| 23-10226 | 13 | Chaka Lewis Tasby, Angel Babette Tasby | Hays County |
| 23-10106 | 11 | Cen Tex Superior Installation LLC | Williamson County |
| 23-10105 | 13 | Jeffrey Lloyd Snider, Bonnie Lynn Snider | Williamson County |
| 23-10086 | 13 | Nora Nelly Burciaga | Williamson County |
| 22-10870 | 11 | Faavee, LLC | Guadalupe County and Hays County |
| 22-10869 | 13 | Ervin B. Calvin | Hays County |
| 22-10783 | 7 | Just One Dime Coaching, LLC | Williamson County |
| 22-10646 | 13 | Christopher Allen Greatting, Rebecca Michelle Greatting | Williamson County |
| 22-10625 | 13 | Vanessa Aviles Tuttle | Hays County |
| 22-10568 | 13 | Mario Valdez, Jr | Hays County |